# EXHIBIT A



### Precision Benefit Services –Letter-Of-Agreement (Long-Standing)

Attn: ███                                                    Date: October 31, 2023
Providers:    DAWNING PROSPERITY ABA          Provider TIN: ███
              ECHOING MINDS ABA               Provider TIN: ███
Phone Number: ███
Email: ███

From:         ███ – Sr. Negotiator Analyst
Phone Number: 860-996-███                     Fax Number: 763-582-███
Email: ███

Patient Name: ███                             Patient ID: ███

This is a Letter of Agreement (LOA) for ███'s Treatment Program for your review and approval. We ask that you consider our proposal for the following:

| CPT Code; description | Allowable/Unit |
|---|---|
| 97153 - Adaptive behavior treatment by protocol, administered by technician under the direction of a physician or other qualified health care professional, each 15 minutes | $120.00 |
| 97155 - Adaptive behavior treatment with protocol modification, administered by physician or other qualified health care professional, each 15 minutes | $122.40 |
| 97156 - Family adaptive behavior treatment guidance, administered by physician or other qualified health care professional, each 15 minutes | $120.00 |

Please consider this long-standing arrangement to avoid future calls on subsequent submissions for member ███ for immediate reimbursement. These rates will be in force for all services when authorized and approved by the Plan starting 05/14/23 and onward.

Please sign below confirming agreement to the above payment arrangement and return via fax. All claims are processed in accordance with the benefit plan and are subject to all plan terms, including benefit limitations, maximums and exclusions. The patient responsibility includes co-pays, coinsurance, deductibles and any ineligible charge not covered by the plan. This agreement does not constitute a guarantee of payment. If the charges are covered by the plan, the agreed upon discount is not billable to the patient, employer or plan. Thank you again for considering this proposal—███ (Office Phone 860-996-███). Please reply by November 2, 2023.

Provider Authorized Signature: ███_____ Date: 11 01 2023 _____
Name and Title of Signer (Please Print): ███_____

**1405 Xenium Lane North Suite 140 Minneapolis, MN 55441
**Fax 763-582-███**



**MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Account #:** | G11HV71 |
| **DOS:** | 01/02/2023 |
| **Payor:** | Meritain Health |



**Contact MultiPlan**
(817) 436-▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ▮▮▮▮▮▮ |
| **Payor Claim #:** | G11HV71 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: DCWLED*



Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy





## **MultiPlan.** **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ████████████ |
| **Account #:** | G09Z139 |
| **DOS:** | 01/04/2023 |
| **Payor:** | Meritain Health |



**Contact MultiPlan**
(817) 436-████
████████

  Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ████████ |
| **Payor Claim #:** | G09Z139 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ████████████████

This proposal was accepted by ██████████, director on ██████████████

*Digital Signature: UFBMRT*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ████████████

**Account #:** G22MI78

**DOS:** 01/05/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-████
████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** G22MI78



Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient's responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient's benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ████████████

This proposal was accepted by ████████ , Director on ████████████

*Digital Signature: ALC547*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy

 **MultiPlan.** **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** G11H218

**DOS:** 01/06/2023 – 01/07/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮
▮▮▮▮▮▮▮▮

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮
**Payor Claim #:** G11H218

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: LAJXAK*

Privacy – Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▅▅▅▅▅▅▅▅▅▅

**Account #:** G267L19

**DOS:** 01/07/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▅▅▅
▅▅▅▅▅▅▅

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▅▅▅▅▅▅▅

**Payor Claim #:** G267L19

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▅▅▅▅▅▅▅▅

This proposal was accepted by ▅▅▅▅▅▅ , Director on ▅▅▅▅▅▅▅

*Digital Signature: Q4SHCW*

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▮▮▮▮▮▮▮▮▮

**Account #:** G265P60

**DOS:** 01/08/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** G265P60

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮  Director on ▮▮▮▮▮▮▮▮

*Digital Signature: VQJH5J*

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** 
**Account #:** G12Q368
**DOS:** 01/10/2023
**Payor:** Meritain Health

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:**
**Payor Claim #:** G12Q368

**Contact MultiPlan**
(817) 436-

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted** –

This proposal was accepted by _____, director on _____

*Digital Signature: XJQBY5*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮
**Account #:** G08UW75
**DOS:** 01/12/2023
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮
**Payor Claim #:** G08UW75

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient's responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient's benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , Director on ▮▮▮▮▮▮▮▮▮▮

*Digital Signature: T3B49S*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy

Privacy - Terms

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | |
| **Account #:** | G38LK62 |
| **DOS:** | 01/14/2023 – 01/17/2023 |
| **Payor:** | Meritain Health |

 **Contact MultiPlan**
(817) 436-

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | |
| **Payor Claim #:** | G38LK62 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –**

This proposal was accepted by            , director on

*Digital Signature: ZN9SPA*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy



**Negotiation Services Portal**

| Billed Charges | **$9,600.00** |
|---|---|
| Accepted Amount | **$7,680.00** |

**Contact MultiPlan**
(817) 436-█

Patient: ██████████
Account #: G32EF31
DOS: 01/16/2023
Payor: Meritain Health

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

MultiPlan Claim #: ██████████
Payor Claim #: G32EF31

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ██████████

This proposal was accepted by ██████████, director on ██████████

*Digital Signature: U4P62U*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy


**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮
**Account #:** G38NX09
**DOS:** 01/17/2023
**Payor:** Meritain Health


**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮▮
**Payor Claim #:** G38NX09

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮▮ director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: QKLD39*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

 **Contact MultiPlan**
(817) 436-██

**Patient:** ███████████

**Account #:** G34UT25

**DOS:** 01/18/2023

**Payor:** Meritain Health

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G34UT25

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ███████████████

This proposal was accepted by ███████████ director on ███████████████

*Digital Signature: DV6MR2*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▇▇▇▇▇▇▇

**Account #:** G34UT25

**DOS:** 01/18/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▇▇

▇▇▇▇▇▇▇

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▇▇▇▇▇▇▇

**Payor Claim #:** G34UT25

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ▇▇▇▇▇▇▇▇▇

This proposal was accepted by ▇▇▇▇▇▇ , director on ▇▇▇▇▇▇▇▇

*Digital Signature: DV6MR2*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 MultiPlan. **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████

**Account #:** G36DT95

**DOS:** 01/19/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G36DT95

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ███████████████

This proposal was accepted by ███████████ director on ███████████████

*Digital Signature: 9PC46D*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 

**MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████

**Account #:** G408P42

**DOS:** 01/20/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G408P42

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ███████████

This proposal was accepted by ███████, director on ███████████

*Digital Signature: 49EZQ6*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy





# **MultiPlan** Negotiation Services Portal

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▉▉▉▉▉▉▉▉▉▉

**Account #:** G34UZ89

**DOS:** 01/21/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▉▉

▉▉▉▉▉▉▉▉

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▉▉▉▉▉▉

**Payor Claim #:** G34UZ89

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▉▉▉▉▉▉▉▉▉▉

This proposal was accepted by ▉▉▉▉▉▉ director on ▉▉▉▉▉▉▉▉

*Digital Signature: NZUG29*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ▉ |
| **Account #:** | G29V267 |
| **DOS:** | 01/24/2023 |
| **Payor:** | Meritain Health |

 **Contact MultiPlan**
(301) 548-▉
▉

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ▉ |
| **Payor Claim #:** | G29V267 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▉

This proposal was accepted by ▉ director on ▉

*Digital Signature: 5NAWRR*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████████

**Account #:** G34Q250

**DOS:** 01/25/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-█
███████████

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G34Q250

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted** – ████████████████

This proposal was accepted by ███████████ , director on ████████████████

*Digital Signature: HJBKLE*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy



 **MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████

**Account #:** G36EI15

**DOS:** 01/25/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(301) 548-███
███████████

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G36EI15

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ███████████████

This proposal was accepted by ███████████, director on ███████████████

*Digital Signature: 359Q2E*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 

# MultiPlan. **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮

**Account #:** G354K62

**DOS:** 01/26/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** G354K62

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮

*Digital Signature: F25A2C*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

Proposal Summary



## Negotiation Services Portal

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████

**Account #:** G44AB00

**DOS:** 01/27/2023 - 02/02/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G44AB00

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ███████████

This proposal was accepted by ███████████ director on ███████████

*Digital Signature: 47TE3T*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮
**Account #:** G60U435
**DOS:** 02/01/2023
**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮
**Payor Claim #:** G60U435

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ Director on ▮▮▮▮▮▮▮▮

*Digital Signature: 4MXB72*

Proposal Summary



**Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ███████████ |
| **Account #:** | G90NI41 |
| **DOS:** | 02/03/2023 |
| **Payor:** | Meritain Health |

 **Contact MultiPlan**
(817) 436-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ███████████ |
| **Payor Claim #:** | G90NI41 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ███████████████

This proposal was accepted by ███████████ , director on ███████████████

*Digital Signature: X8V52U*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▮▮▮▮▮▮▮▮▮

**Account #:** G57IY93

**DOS:** 02/04/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮

**Payor Claim #:** G57IY93

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮ , Director on ▮▮▮▮▮▮▮

*Digital Signature: 7ZV3ZJ*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy

Proposal Summary



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ████████████████

**Account #:** G60PW10

**DOS:** 02/04/2023

**Payor:** Meritain Health


**Contact MultiPlan**
(817) 436-████
████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** G60PW10

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ████████████████

This proposal was accepted by ███████████, director on ████████████████

*Digital Signature: W7TDY2*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ███████████ |
| **Account #:** | G55ZM26 |
| **DOS:** | 02/06/2023 |
| **Payor:** | Meritain Health |

**Contact MultiPlan**
(817) 436-█
████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ███████████ |
| **Payor Claim #:** | G55ZM26 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ████████████

This proposal was accepted by ██████████, director on ███████████

*Digital Signature: 83ZBUE*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **MultiPlan.** **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮

**Account #:** G55ZA62

**DOS:** 02/07/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436▮▮▮▮
▮▮▮▮▮▮▮▮

  Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** G55ZA62

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: WSM5PK*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮

**Account #:** G798E82

**DOS:** 02/08/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮

**Payor Claim #:** G798E82

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮ , Director on ▮▮▮▮▮▮

*Digital Signature: V39UTB*

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▇▇▇▇▇▇▇▇▇

**Account #:** G620W49

**DOS:** 02/09/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▇▇▇
▇▇▇▇▇▇▇

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▇▇▇▇▇▇▇

**Payor Claim #:** G620W49

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▇▇▇▇▇▇▇▇

This proposal was accepted by ▇▇▇▇▇ , Director on ▇▇▇▇▇▇▇

*Digital Signature: JNG337*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy

 **MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

 **Contact MultiPlan**
(817) 436-

**Patient:** ▮▮▮▮▮▮▮▮
**Account #:** G85Z875
**DOS:** 02/10/2023
**Payor:** Meritain Health

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮
**Payor Claim #:** G85Z875

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮, director on ▮▮▮▮▮▮▮

*Digital Signature: V9L8UG*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** G690X26

**DOS:** 02/11/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** G690X26

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ Director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: E2ZP7K*



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮▮
**Account #:** G754F91
**DOS:** 02/11/2023
**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮▮
▮▮▮▮▮▮▮▮

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮
**Payor Claim #:** G754F91

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮▮▮▮

*Digital Signature: 3W8643*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **MultiPlan.** **Negotiation Services Portal**

| | | |
|---|---:|---:|
| **Billed Charges** | $9,600.00 | |
| **Accepted Amount** | $7,680.00 | |

**Patient:** ▮▮▮▮▮▮▮▮▮

**Account #:** G73N006

**DOS:** 02/13/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(301) 548-▮▮▮
▮▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮

**Payor Claim #:** G73N006

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted** – ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮

*Digital Signature: 3QGK6E*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** G752P60

**DOS:** 02/14/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(301) 548-▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** G752P60

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: UAG4TW*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ███████████ |
| **Account #:** | G70RW56 |
| **DOS:** | 02/15/2023 |
| **Payor:** | Meritain Health |



**Contact MultiPlan**
(301) 548-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ███████████ |
| **Payor Claim #:** | G70RW56 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted – ███████████**

This proposal was accepted by ███████████ , director on ███████████

*Digital Signature: 8G7CLW*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

Proposal Summary



## MultiPlan. Negotiation Services Portal

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ██████████████ |
| **Account #:** | G691K99 |
| **DOS:** | 02/16/2023 |
| **Payor:** | Meritain Health |



**Contact MultiPlan**
(817) 436-███
██████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ██████████████ |
| **Payor Claim #:** | G691K99 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ██████████████

This proposal was accepted by ██████████, director on ████████████████

*Digital Signature: FZZSCM*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

 **Contact MultiPlan**
(817) 436-█████
████████████

**Patient:** ███████████████
**Account #:** G85WR19
**DOS:** 02/17/2023
**Payor:** Meritain Health

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████
**Payor Claim #:** G85WR19

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ████████████████

This proposal was accepted by ████████████, director on ███████████████

*Digital Signature: F76AWG*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



 **MultiPlan.**  **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▇▇▇▇▇▇▇▇▇▇

**Account #:** G946Y04

**DOS:** 02/18/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▇
▇▇▇▇▇▇▇

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▇▇▇▇▇▇▇

**Payor Claim #:** G946Y04

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▇▇▇▇▇▇▇▇▇▇

This proposal was accepted by ▇▇▇▇▇▇, director on ▇▇▇▇▇▇▇▇▇

*Digital Signature: YM7VND*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



Proposal Summary



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ████████████ |
| **Account #:** | G85ZZ66 |
| **DOS:** | 02/18/2023 |
| **Payor:** | Meritain Health |



**Contact MultiPlan**
(817) 436-████
████████████

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ████████████ |
| **Payor Claim #:** | G85ZZ66 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted – ████████████**

This proposal was accepted by ████████, director on ████████████

*Digital Signature: GG2P76*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████

**Account #:** G91YL58

**DOS:** 02/22/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(301) 548-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G91YL58

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ███████████

This proposal was accepted by ███████, **director** on ███████████

*Digital Signature: LRE3WA*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Contact MultiPlan**
(301) 548-███

**Patient:** ████████████

**Account #:** GE5YR78

**DOS:** 03/23/2023

**Payor:** Meritain Health

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** GE5YR78

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted** ████████████

This proposal was accepted by ████████ , Director on ████████████

*Digital Signature: CMZJGG*

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** G91Z015

**DOS:** 02/23/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(301) 548-▮▮▮
▮▮▮▮▮▮▮▮▮

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮▮

**Payor Claim #:** G91Z015

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: 4M89ZG*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

Proposal Summary

 **MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮
**Account #:** GB5WE38
**DOS:** 02/24/2023
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮
**Payor Claim #:** GB5WE38

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮ , director on ▮▮▮▮▮▮▮

*Digital Signature: TCPV9M*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▓▓▓▓▓▓▓▓▓▓▓

**Account #:** GA36B28

**DOS:** 03/01/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▓▓
▓▓▓▓▓▓▓▓

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▓▓▓▓▓▓▓

**Payor Claim #:** GA36B28

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▓▓▓▓▓▓▓▓

This proposal was accepted by ▓▓▓▓▓▓ , Director on ▓▓▓▓▓▓▓▓

*Digital Signature: KU6ZEU*

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ████████████

**Account #:** GF7EG60

**DOS:** 03/25/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-████
████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** GF7EG60

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ████████████

This proposal was accepted by ████████████ , Director on ████████████

*Digital Signature: U8PEHD*

  **MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,675.20** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** HS5B557

**DOS:** 03/25/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** HS5B557

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▮▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮▮ , Director on ▮▮▮▮▮▮▮▮▮▮

*Digital Signature: HFDLVW*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** GF6P087

**DOS:** 04/05/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** GF6P087

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , Director on ▮▮▮▮▮▮▮▮

*Digital Signature: GZ9NE7*

Proposal Summary



 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,675.20 |

**Patient:** ▮▮▮▮▮▮▮▮▮

**Account #:** HS5HZ07

**DOS:** 04/05/2023

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮▮

**Payor Claim #:** HS5HZ07

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▮▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ Director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: 32XFVY*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 

**MultiPlan.** **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,675.20** |

**Patient:** ▬▬▬▬▬▬▬▬▬

**Account #:** HS5HZ07

**DOS:** 04/05/2023

**Payor:** Meritain Health



**Contact MultiPlan**
(817) 436-▬▬

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▬▬▬▬▬▬▬

**Payor Claim #:** HS5HZ07

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▬▬▬▬▬▬▬▬▬

This proposal was accepted by ▬▬▬▬▬▬ , Director on ▬▬▬▬▬▬▬▬

*Digital Signature: 32XFVY*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

Proposal Summary




**MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,675.20** |

**Patient:** ▮▮▮▮▮▮▮▮

**Account #:** HS5JV71

**DOS:** 04/19/2023

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮▮

**Payor Claim #:** HS5JV71

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , Director on ▮▮▮▮▮▮▮▮

*Digital Signature: VVUE8C*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 

**MultiPlan. Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,675.20** |

**Patient:** ▉▉▉▉▉▉▉▉▉
**Account #:** HS5JW78
**DOS:** 04/27/2023
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▉
▉▉▉▉▉▉

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▉▉▉▉▉▉
**Payor Claim #:** HS5JW78

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Echoing Minds ABA** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient's plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted -** ▉▉▉▉▉▉▉▉
This proposal was accepted by ▉▉▉▉▉ , Director on ▉▉▉▉▉▉▉
*Digital Signature: AL6HUV*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $6,000.00 |
| **Accepted Amount** | $4,800.00 |

**Patient:** ▮▮▮▮▮▮▮▮▮▮
**Account #:** G12PN61
**DOS:** 09/03/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮
**Payor Claim #:** G12PN61

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮▮▮

*Digital Signature: WPMQ54*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

 **MultiPlan.**  **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$6,000.00** |
| **Accepted Amount** | **$4,800.00** |

**Patient:** ▬▬▬▬▬▬

**Account #:** G09ZT43

**DOS:** 09/08/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▬▬

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▬▬▬▬

**Payor Claim #:** G09ZT43

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▬▬▬▬▬▬

This proposal was accepted by ▬▬▬▬ , Director on ▬▬▬▬▬▬

*Digital Signature: R6FZM3*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy



## Negotiation Services Portal

|  |  |
|---|---|
| **Billed Charges** | **$4,000.00** |
| **Accepted Amount** | **$3,400.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮▮
**Account #:** FL2V874
**DOS:** 09/13/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮▮

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮
**Payor Claim #:** FL2V874

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮▮

*Digital Signature: E5NUTQ*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |



**Contact MultiPlan**
(817) 436-█████
████████

| | |
|---|---|
| **Patient:** | ████████████ |
| **Account #:** | FX0GX61 |
| **DOS:** | 11/15/2022 – 11/16/2022 |
| **Payor:** | Meritain Health |

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ████████ |
| **Payor Claim #:** | FX0GX61 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ████████████████

This proposal was accepted by ████████ , director on ████████████

*Digital Signature: HT9Z6A*

Privacy – Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy





**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮
**Account #:** FX0GX61
**DOS:** 11/15/2022 – 11/16/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮

  Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮
**Payor Claim #:** FX0GX61

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮▮▮

*Digital Signature: HT9Z6A*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

Proposal Summary



 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▇▇▇▇▇▇▇▇▇▇

**Account #:** FZ0E701

**DOS:** 12/03/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▇▇

▇▇▇▇▇▇▇

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▇▇▇▇▇▇

**Payor Claim #:** FZ0E701

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ▇▇▇▇▇▇▇▇▇▇

This proposal was accepted by ▇▇▇▇▇▇▇ , director on ▇▇▇▇▇▇▇▇▇▇

*Digital Signature: TW3VL7*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ███████████

**Account #:** G003K07

**DOS:** 12/04/2022 - 12/05/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-████
████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** G003K07

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ███████████

This proposal was accepted by ███████████ , Director on ███████████

*Digital Signature: 5XLRLG*



**Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ▓▓▓▓▓▓▓▓ |
| **Account #:** | FY83I05 |
| **DOS:** | 12/04/2022 |
| **Payor:** | Meritain Health |



**Contact MultiPlan**
(817) 436-▓

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ▓▓▓▓▓▓ |
| **Payor Claim #:** | FY83I05 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▓▓▓▓▓▓▓▓

This proposal was accepted by ▓▓▓▓▓▓ , director on ▓▓▓▓▓▓▓▓

*Digital Signature: HG3Z67*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy



Proposal Summary



**Negotiation Services Portal**

| | |
|---:|:---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |



**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** FY84M44

**DOS:** 12/05/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** FY84M44

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮

*Digital Signature: PC4HD8*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮

**Account #:** FY6LK28

**DOS:** 12/06/2022

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** FY6LK28

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮

*Digital Signature:* YD8G26

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |



**Patient:** ▮▮▮▮▮▮▮▮▮▮
**Account #:** FY6KB20
**DOS:** 12/07/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮
▮▮▮▮▮

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.



**MultiPlan Claim #:** ▮▮▮▮▮▮
**Payor Claim #:** FY6KB20

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.



✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮

*Digital Signature: 52S9MX*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Account #:** FY4SH79
**DOS:** 12/10/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮
**Payor Claim #:** FY4SH79

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , director on ▮▮▮▮▮▮▮▮

*Digital Signature: ZA25UA*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████
**Account #:** FY16L84
**DOS:** 12/11/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(301) 548-███
████████████

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████
**Payor Claim #:** FY16L84

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted** – ███████████████

This proposal was accepted by ██████████, director on ███████████
*Digital Signature: 7VTLXF*

Privacy · Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy


**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▮▮▮▮▮▮▮▮▮▮
**Account #:** FZ08X34
**DOS:** 12/12/2022 - 12/15/2022
**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮
▮▮▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮▮
**Payor Claim #:** FZ08X34

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ▮▮▮▮▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮▮, director on ▮▮▮▮▮▮▮▮▮▮

*Digital Signature: 75AWJR*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

![MultiPlan] **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▉▉▉▉▉▉▉▉▉▉
**Account #:** FZ07D01
**DOS:** 12/16/2022
**Payor:** Meritain Health


**Contact MultiPlan**
(817) 436-▉▉

Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▉▉▉▉▉▉▉▉
**Payor Claim #:** FZ07D01

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted** – ▉▉▉▉▉▉▉▉▉▉

This proposal was accepted by ▉▉▉▉▉▉ , director on ▉▉▉▉▉▉▉▉▉▉

*Digital Signature: 3SVMC4*

Privacy - Terms

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

Proposal Summary



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | | |
|---|---|---|
| **Patient:** | ████████████████ | |
| **Account #:** | FZ3HD90 | |
| **DOS:** | 12/18/2022 | |
| **Payor:** | Meritain Health | |



**Contact MultiPlan**
(817) 436-████
████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ████████████ |
| **Payor Claim #:** | FZ3HD90 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ██████████████████

This proposal was accepted by ████████████, director on ████████████████

*Digital Signature: XMT9U7*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▬▬▬▬▬▬▬

**Account #:** FZ6BM35

**DOS:** 12/19/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▬▬
▬▬▬▬▬

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▬▬▬▬▬

**Payor Claim #:** FZ6BM35

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▬▬▬▬▬▬

This proposal was accepted by ▬▬▬▬▬ , Director on ▬▬▬▬▬▬

*Digital Signature: JWMPQD*

 **Negotiation Services Portal**

|  |  |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▮▮▮▮▮▮▮▮

**Account #:** FZ6B546

**DOS:** 12/20/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮

**Payor Claim #:** FZ6B546

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮ , Director on ▮▮▮▮▮▮

*Digital Signature: KXF5VV*

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████

**Account #:** FZ7S057

**DOS:** 12/20/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-███
███████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ███████████

**Payor Claim #:** FZ7S057

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ███████████

This proposal was accepted by ███████████ , Director on ███████████

*Digital Signature: VNAH4T*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy



**Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ██████████ |
| **Account #:** | FZ3GW03 |
| **DOS:** | 12/21/2022 |
| **Payor:** | Meritain Health |

**Contact MultiPlan**
(817) 436-██
██████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ██████████ |
| **Payor Claim #:** | FZ3GW03 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ██████████████

This proposal was accepted by ██████████, director on ██████████████

*Digital Signature: V5BJSF*

Proposal Summary

Copyright 2013 MultiPlan, Inc.   |   Contact Us   |   Privacy Policy

Proposal Summary

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ████████████

**Account #:** FZ3FV49

**DOS:** 12/22/2022

**Payor:** Meritain Health

 **Contact MultiPlan**

(817) 436-███

████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** FZ3FV49

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted –** ████████████

This proposal was accepted by ████████, director on ████████████

*Digital Signature: 35L8LA*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▉▉▉▉▉▉▉▉▉▉

**Account #:** FZ1L570

**DOS:** 12/23/2022

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▉

▉▉▉▉▉▉▉

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▉▉▉▉▉▉▉

**Payor Claim #:** FZ1L570

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted –** ▉▉▉▉▉▉▉▉▉

This proposal was accepted by ▉▉▉▉▉▉, **director** on ▉▉▉▉▉▉▉▉▉

*Digital Signature: E2QEWH*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **MultiPlan.**  **Negotiation Services Portal**

Proposal Summary

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

| | |
|---|---|
| **Patient:** | ▆▆▆▆▆▆▆ |
| **Account #:** | FZ1K065 |
| **DOS:** | 12/24/2022 |
| **Payor:** | Meritain Health |

**Contact MultiPlan**
(817) 436-▆
▆▆▆▆▆▆▆

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ▆▆▆▆▆▆ |
| **Payor Claim #:** | FZ1K065 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted – ▆▆▆▆▆▆▆**

This proposal was accepted by ▆▆▆▆▆▆, director on ▆▆▆▆▆▆▆

*Digital Signature: XMUYX3*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ████████████

**Account #:** FZ7ST88

**DOS:** 12/26/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-████
████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** FZ7ST88

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ████████████

This proposal was accepted by ██████████ , Director on ██████████████

*Digital Signature: RAR3EZ*

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

**Patient:** ▮▮▮▮▮▮▮▮▮▮

**Account #:** FZ7SL37

**DOS:** 12/27/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-▮▮▮
▮▮▮▮▮▮

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▮▮▮▮▮▮▮▮

**Payor Claim #:** FZ7SL37

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▮▮▮▮▮▮▮▮

This proposal was accepted by ▮▮▮▮▮▮ , Director on ▮▮▮▮▮▮▮▮

*Digital Signature: DEA7AB*

 **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | $9,600.00 |
| **Accepted Amount** | $7,680.00 |

| | | | |
|---|---|---|---|
| **Patient:** | ▓▓▓▓▓▓▓ | **Contact MultiPlan** | |
| **Account #:** | FZ6IG09 | (817) 436-▓▓▓ | |
| **DOS:** | 12/28/2022 | ▓▓▓▓▓▓ | |
| **Payor:** | Meritain Health | | |

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

| | |
|---|---|
| **MultiPlan Claim #:** | ▓▓▓▓▓▓ |
| **Payor Claim #:** | FZ6IG09 |

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▓▓▓▓▓▓▓

This proposal was accepted by ▓▓▓▓▓ , Director on ▓▓▓▓▓▓▓

*Digital Signature: E3UXXQ*

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

Proposal Summary




**MultiPlan.** **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ███████████████

**Account #:** FZ62L91

**DOS:** 12/29/2022

**Payor:** Meritain Health



**Contact MultiPlan**
(817) 436-███
████████████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** FZ62L91

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

✅ **Proposal Accepted – ██████████████**

This proposal was accepted by ██████████, director on ████████████

*Digital Signature: X2YLZF*

Proposal Summary

Copyright 2013 MultiPlan, Inc.  |  Contact Us  |  Privacy Policy

  **Negotiation Services Portal**

| | |
|---|---|
| **Billed Charges** | **$9,600.00** |
| **Accepted Amount** | **$7,680.00** |

**Patient:** ▊▊▊▊▊▊▊

**Account #:** FZ7R464

**DOS:** 12/30/2022

**Payor:** Meritain Health

 **Contact MultiPlan**
(817) 436-▊▊▊
▊▊▊▊▊

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ▊▊▊▊▊

**Payor Claim #:** FZ7R464

---

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ▊▊▊▊▊▊

This proposal was accepted by ▊▊▊▊ , Director on ▊▊▊▊▊▊

*Digital Signature: BU7SYT*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy

 **Negotiation Services Portal**

|                     |             |
| ------------------- | ----------- |
| **Billed Charges**  | $9,600.00   |
| **Accepted Amount** | $7,680.00   |

**Patient:** ████████████

**Account #:** FZ7Q219

**DOS:** 12/31/2022

**Payor:** Meritain Health

**Contact MultiPlan**
(817) 436-████

 Provider agrees to accept the above, provided that payment is released within 10 business days from date of receipt of faxed/digital signature.

**MultiPlan Claim #:** ████████████

**Payor Claim #:** FZ7Q219

Meritain Health has contracted with MultiPlan to facilitate resolution of the above referenced services due to the Provider being out of network for this claim. Your acceptance may expedite payment and decrease the Patient`s responsibility.

**Perfecting Minds Aba** agrees to accept the Negotiated Amount listed as payment-in-full (less any applicable deductible, co-insurance, or co-payment amounts in addition to non-covered items) for services rendered to this Patient on the date(s) displayed.

By signing, Provider accepts this Negotiated Amount and agrees to reduce the liability of the Patient and Payor. Provider agrees not to bill the Patient, or financially responsible party, for the difference between the Billed Charges and the Negotiated Amount. Provider retains the right to bill the Patient (or financially responsible party) for items not covered under the Patient`s benefit plan and for any applicable deductibles, co-insurance, or co-payments. Provider shall not waive any such patient responsibility amounts due directly from the patient (or other financially responsible party).

MultiPlan is not a payor or an agent of any payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Patient`s plan. This does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these Negotiation Terms. Please feel free to contact us if you have any questions or concerns. Thank you for the consideration.

 **Proposal Accepted -** ████████████

This proposal was accepted by ██████████ , Director on ██████████

*Digital Signature: FZ69UC*

Copyright 2013 MultiPlan, Inc. | Contact Us | Privacy Policy